# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO HERNANDEZ CORTES (7),<br><br>    Defendant. | Criminal Case No. 94CR1094-RSH<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Mario Hernandez Cortes (7).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

DATED: 6/4/25

*Robert S. Huie*

HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE